**FILED**
**5/29/2014**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
APR 21 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RONALD SMITH, Jr.

2013-0511126

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Toni Preckwinkle, in her official capacity as Pres. of the Cook Cnty Bd. of Commis, Thomas Dart, in his official capacity as Cook Cnty sheriff, Dr. Melanie Montgomery, in her individual capacity

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

14CV2922
JUDGE DURKIN
MAGISTRATE JUDGE MARTIN

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

A. Name: RONALD SMITH

B. List all aliases: RONALD SMITH JR.

C. Prisoner identification number: 20130511126

D. Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS

E. Address: P.O. BOX 089002 CHICAGO ILLINOIS 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: MELANIE WATSON-MONTGOMERY DDS

Title: DENTIST

Place of Employment: COOK COUNTY OF CORRECTIONS

B. Defendant: THOMAS DART

Title: SHERIFF\WARDEN\COOK COUNTY OF CORRECTIONS DEPARTMENT

Place of Employment: COOK COUNTY OF CORRECTIONS

C. Defendant: TONI PRECKWINKLE

Title: D\B\A COUNTY OF COOK IN ILLINOIS

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Approx. January 2014 the plaintiff was examined by defendant Montgomery. The plaintiff complained that he suffer(ed) excruciating tooth pain; and consequently was informed that he was with a decaying tooth, the plaintiff requested that the tooth be extracted.

2. From the time of the above-examination to approx. March 04, 2014, the plaintiff submitted several medical requests complaining of said pain, which he informed affected him including but not limited to his sleeping, eating, drinking.

3. During this window (i.e., from Jan '14 to March 05, 2014) the plaintiff also complained to nurses, officers, regarding his debilitating pain. Subsequently, the plaintiff was sent to Cermak Health services and was seen by a medical doctor who informed him that he suffered an infection. The medical doctor prescribed the plaintiff Naproxen. To the day of this writing the plaintiff is still in excruciating pain, his mouth is swollen.

Revised 9/2007

4. The plaintiff continues to submit medical requests for treatment, to no avail.

5. The plaintiff has exhausted all available admistrative remedies.

6. End.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award the plaintiff a just amount of money against each defendant jointly and severally for compensatory and punitive damages and the costs of this complaint and any other awards the court sees is just.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __April__, 20__14__

__Ronald Smith__
(Signature of plaintiff or plaintiffs)

__RONALD SMITH__
(Print name)

__20130511126__
(I.D. Number)

__P.O. Box 089002__

__Chgo, IL 60608__

(Address)